EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8981
    Facsimile: 415-744-0134
    E-Mail: Sundeep.Patel@ssa.gov

JS-6

Attorneys for Defendant

# UNITED STATES DISTRICT COURT,
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CHRISTOPHER LUCAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:15-cv-03755-KK<br><br>**[PROPOSED] JUDGMENT** |

[PROPOSED] JUDGMENT; 2:15-cv-03755-KK

1 | Having approved the parties' Stipulation to Remand Pursuant to Sentence Four
2 | of 42 U.S.C. § 405(g) and for good cause shown,
3 | Judgment for Plaintiff is hereby entered.

DATE: March 22, 2016  _____

KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] JUDGMENT; 2:15-cv-03755-KK

1